**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 04-6953**

———

DANIEL TEMPLE, a/k/a Dan Temple,

Plaintiff - Appellant,

versus

OCONEE COUNTY MEMORIAL HOSPITAL; SOUTH
CAROLINA DEPARTMENT OF SOCIAL SERVICES; OCONEE
COUNTY SHERIFF'S DEPARTMENT,

Defendants - Appellees.

———

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Terry L. Wooten, District Judge.
(CA-02-3627)

———

Submitted:  August 12, 2004        Decided:  August 20, 2004

———

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Daniel Temple, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Temple appeals the district court's judgment accepting the recommendation of the magistrate judge and dismissing without prejudice his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Temple v. Oconee County Mem'l Hosp., No. CA-02-3627 (D.S.C. May 13, 2004). Because Temple is proceeding on appeal under the PLRA, we deny the motion for in forma pauperis status. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED